# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| **ADRIAN KUYKENDALL AND** ) | CASE NO. **19-50206-LRC** |
| **SHETONYA ELAINE KUYKENDALL,** ) | |
| ) | |
| Debtors ) | |

## MOTION TO SELL REAL ESTATE AND DISBURSE FUNDS

COME NOW, Adrian Kuykendall and Shetonya Elaine Kuykendall ("Debtors"), and moves the Court for an order allowing Debtors to sell real property that is a part of the estate:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334, 151 and 157. This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N). This matter is a core proceeding as defined in 28 U.S.C. Section 157 (b)(2)(N).

2.

Debtors filed a Voluntary Petition for relief under Chapter 13 on January 4, 2019. The Debtors' Chapter 13 Plan was confirmed on June 12, 2019.

3.

Debtors' Schedule A lists an interest in real property located at 4009 Waldrop Hill, Decatur, GA 30034 (the "Property"), with a secured obligation to Wells Fargo Home Mortgage ("Lender") in the approximate amount of $113,756.11 (see Proof of claim #10).

4.

Debtor has procured a new disinterested, third-party buyer for the Property by the name of Seven Points Borrower, LLC ("Buyer").

5.

With the Lender's approval, Buyer and Debtor entered a preliminary purchase agreement according to which Buyer agrees to the purchase price of $245,000.00 for the Property (see Exhibit A).

6.

Debtor proposes that the debt owed to Lender be paid in full upon closing on the sale.

7.

In total, from the purchase price of $245,000.00 the amount realized by Debtors shall be reduced by $188,062.61 consisting of satisfaction of the first mortgage lien held by Rushmore Loan Mgmt Services in the approximate amount of $103,000.00, tax liens held by the Internal Revenue Service totaling an estimated $62,672.88, tax liens held by the Georgia Department of Revenue totaling approximately $7,081.78 ($93.16, $6,350.58, and $638.04 respectively), a Payoff Processing Fee in the amount of $40.00, Proceeds Wire Fee of $ 35.00, recording fees of $29.50, County taxes of $503.45, and sales commission of $14,700.00.

8.

Debtor requests that the net sale proceeds in the amount of $56,937.39 be remitted to the Chapter 3 Trustee for disbursement pursuant to the terms of the Confirmed Chapter 13 Plan.

WHEREFORE, Debtors pray for:

1) An order approving the purchase contract attached herein and associated with the Property;
2) An order approving the net sale proceeds be sent to the Chapter 13 Trustee; and,
3) Such other and further relief as the Court may deem equitable and just.

Date: March 15, 2022

    /s/
Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St. NE, Suite 300
Atlanta, Georgia 30346
(678) 668-7165
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **ADRIAN KUYKENDALL AND** ) | |
| **SHETONYA ELAINE KUYKENDALL,** ) | CASE NO. **19-50206-LRC** |
| ) | |
| Debtors ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Debtor(s) has/have filed a Motion to Sell Real Estate and related papers with the Court seeking an Order approving the motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: (toll-free number **833-568-8864;** access code **161 346 1602**, **at 9:15 AM on April 5, 2022** in **Courtroom 1204, U. S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 15, 2022

/s/_____
Andrew H. McCullen, GA Bar No.: 872658
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St. NE, Suite 300
Atlanta, Georgia 30346
(678) 668-7165
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| **ADRIAN KUYKENDALL AND** ) | |
| **SHETONYA ELAINE KUYKENDALL,** ) | CASE NO. **19-50206-LRC** |
| ) | |
| Debtors ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Sell Real Estate and Disbursement of Funds upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Adrian Kuykendall and
Shetonya Elaine Kuykendall
4009 Waldrop Hills Dr
Decatur, GA 30034

Seven Points Borrower, LLC
P.O. Box 4090
Scottsdale, AZ 85261

*[See attached Creditor Mailing Matrix for additional service]*

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via ECF.

Date: March 15, 2022                                  /s/
Andrew H. McCullen
GA Bar No.: 872658
The Semrad Law Firm, LLC
Sterling Point II
235 Peachtree St. NE, Suite 300
Atlanta, Georgia 30346
(678) 668-7165
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-50206-lrc<br>Northern District of Georgia<br>Atlanta<br>Mon Feb 21 11:55:43 EST 2022 | ACCEPTANCE NOW<br>5501 Headquarters Dr<br>ATTN: Acceptance Now Customer Service<br>Plano, TX 75024-5837 | Mark Allan Baker<br>McMichael Taylor Gray, LLC<br>Suite 260<br>3550 Engineering Drive<br>Peachtree Corners, GA 30092-2871 |
| Kirk Patrick Bremer<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | CAP ONE AUTO<br>3939 BELTLINE RD<br>DALLAS, TX 75244 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 |
| CNS PORT SVC<br>16355 LAGUNA CANYO<br>IRVINE, CA 92618-3801 | CONSUMER PORTFOLIO SERVICES, INC.<br>PO BOX 57071<br>IRVINE, CA 92619 - 7071 | CREDITONEBNK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 |
| Capital One Auto Finance, a division of Capi<br>Department<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| FED LOAN SERV<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Michelle Rene Ghidotti-Gonsalves<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705-7811 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | KOHLS/CAPONE<br>PO BOX 3115<br>MILWAUKEE, WI 53201-3115 |
| Kaiser Permanente<br>913 Talley St<br>Hampton, GA 30228-6343 | Adrian Kuykendall<br>4009 Waldrop Hills Dr<br>Decatur, GA 30034-6750 | Shetonya Elaine Kuykendall<br>4009 Waldrop Hills Drive<br>Decatur, GA 30034-6750 |
| LVNV FUNDING<br>200 Meeting St<br>Ste. 206<br>Greenville, SC 29615-5833 | LVNV Funding LLC<br>24300 Karim Blvd<br>Novi, MI 48375-2942 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Craig B. Lefkoff<br>Lefkoff Rubin Gleason Russo Williams PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | NAVIENT CFC<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | NC FINANCIAL<br>1251 Stafford St # A<br>Monroe, NC 28110-3350 |

| | | |
|---|---|---|
| Navient<br>PO Box 8961<br>Madison, WI 53708-8961 | Navient Solutions, LLC.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 | Office Of United States Trustee-ATL<br>75 Ted Turner Dr SW #362<br>Atlanta, GA 30303-3330 |
| (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>BUSINESS AND FINANCE BANKRUPTCY<br>40 CAPITOL SQUARE SW<br>ATLANTA GA 30334-9057 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC as agent of<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Jonathan A. Proctor<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | (p)STATE FARM FEDERAL CREDIT UNION<br>PO BOX 853944<br>RICHARDSON TX 75085-3944 | STATEFARMCU<br>1 STATE FARM PLAZA<br>BLOOMINGTON, IL 61710-0001 |
| Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 | U.S. Bank National Association<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | U.S. Bank National Association,<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 |
| US Attorney's Office-ATL<br>75 Spring St SW # 1800<br>Atlanta, GA 30303-3331 | US DEP ED<br>PO Box 8937<br>Madison, WI 53708-8937 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| WFHM<br>CREDIT BUREAU DISPUTE RESOLUTI PO BOX 14<br>DES MOINES, IA 50301-0014 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y,<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CEP AMERICA LLC<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | Georgia Department of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 | (d)Georgia Department of Revenue<br>Central Collections - Bankruptcy<br>1800 Century Blvd NE Suite 9100<br>Atlanta GA 30345 |
| Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334 | STATE FARM FED CU<br>ONE STATE FARM PLAZA<br>BLOOMINGTON, IL 61710 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Consumer Portfolio Services, Inc.    (u)U.S. Bank National Association    (u)WELLS FARGO BANK, N.A.

End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49