**IT IS ORDERED as set forth below:**

**Date: April 11, 2022**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ADRIAN KUYKENDALL AND** | ) | CASE NO.  **19-50206-LRC** |
| **SHETONYA ELAINE KUYKENDALL,** | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER ON MOTION TO SELL REAL ESTATE AND DISBURSE FUNDS**

On March 15, 2022, Debtors filed a *Motion To Sell Real Estate and Disburse Funds* (Doc. No. 61) (the "Motion"), seeking an order allowing Debtors to sell the property located at 4009 Waldrop Hill, Decatur, GA 30034 (the "Property"). The Motion was scheduled to be heard on April 5, 2022. Debtor contends service was proper on all interested parties. At the hearing, counsel for the Debtors and for the Chapter 13 Trustee appeared. It is hereby

**ORDERED** that Debtors' *Motion To Sell Real Estate and Disburse Funds* (Doc. No. 61), is **GRANTED**. Debtors may proceed with the sale of the Property to Seven Points Borrower, LLC ("Buyer") for the purchase price of $245,000.00. IT IS

FURTHER ORDERED that in total, from the purchase price of $245,000.00 the amount

realized by Debtors shall be reduced by approximately $188,062.61 consisting of satisfaction of the first mortgage lien held by U.S. Bank, N.A., serviced by Rushmore Loan Management Services, in the approximate amount of $103,000.00, tax liens held by the Internal Revenue Service totaling an estimated $62,672.88, tax liens held by the Georgia Department of Revenue totaling approximately $7,081.78 ($93.16, $6,350.58, and $638.04 respectively), a Payoff Processing Fee in the amount of $40.00, Proceeds Wire Fee of $35.00, recording fees of $29.50, County taxes of $503.45, and sales commission of $14,700.00. IT IS

FURTHER ORDERED that the net sale proceeds in the amount of approximately $56,937.39 shall be remitted by the closing attorney directly to the Chapter 13 Trustee for disbursement pursuant to the terms of the confirmed Plan first to priority creditors, then to general unsecured creditors *pro rata*, and then after satisfaction of all unsecured claims with a one-hundred percent dividend, the remainder (if any) to allowed secured claims, *pro rata*. It is

**FURTHER ORDERED that Debtor shall promptly object to any filed claims paid in full or in part at the closing of the sale. It is**

**FURTHER ORDERED that Debtor's counsel shall promptly serve a copy of this order on the closing attorney prior to the closing of the sale.**

**[END OF DOCUMENT]**

| Prepared by: | No opposition by: |
|---|---|
| /s/ | /s/ *With express permission* |
| Andrew H. McCullen | Mandy K. Campbell |
| GA Bar No.: 872658 | GA Bar No: 142676 |
| The Semrad Law Firm, LLC | Attorney for the Chapter 13 Trustee |
| Sterling Point II | Melissa J. Davey |
| 235 Peachtree St. NE, Suite 300 | 260Peachtree Street NW #200 |
| Atlanta, Georgia 30346 | Atlanta, GA 30303 |
| (678) 668-7165 | (678) 510-1444 |
| **Attorney for the Debtor** | **Attorney for the Trustee** |

**DISTRIBUTION LIST**

Andrew H. McCullen
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, GA 30303

Melissa J. Davey
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Adrian Kuykendall and
Shetonya Elaine Kuykendall
4009 Waldrop Hills Dr
Decatur, GA 30034

Seven Points Borrower, LLC
P.O. Box 4090
Scottsdale, AZ 85261

Abby Ersin, Esq.
Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, GA 30328